FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 28 2011 ★
BROOKLYN OFFICE

Robert Shapiro CFO

North Shore University Hospital

Re Sol Rosen v.. North Shore Towers Apartments.

Alleged $35 million embezzlement

April 25, 2011

Dear Mr. Shapiro,

For thirteen months, the allegations of embezzlement have been before the Courts but never a trial date

.Hundreds of accountants and lawyers available for the Defense have never refuted accounting evidence....None has tried.

All of the evidence, including the four fraudulent certified reports and fraudulent budgets are available for review. .

I believe the evidence is indisputable .It will result In an action by you that will hold the hospital harmless from any complicity in the massive fraud. .

The suppression of the evidence in the Courts, followed by my Involuntary incarceration at Zucker Mental Evaluation. have now reached a new low..

Denied funds from friends as indicated in my previous letter

I am now faced with sleeping in my automobile

Surely, that ugly alternative to a review of the evidence is not acceptable to the hospital. .No credibility can be given to the claim that the diagnosis for mental treatment was necessary to cure my "delusion "to engage in frivolous litigation

"It was all for my own good"

The urgency for an appointment is clear .Please   call me


Sincerely,


Sol Rosen

Cellophane 1-516-241-4307