# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5598

Writer's e-mail
jmontag@seyfarth.com

**RECEIVED**
APR 27 2011
Chambers of the
Honorable Roslynn R. Mauskopf

FILED
IN CLERK'S
US DISTRICT COURT
★ MAY 03 2011
BROOKLYN OFFICE

April 22, 2011

**VIA FEDERAL EXPRESS**

Sol Rosen (Guest – Room 112)
c/o Royal Inn
1177 Northern Boulevard
Manhasset, New York 11030-3017

*[handwritten: Received April 25, 2011 Valid mailing address]*

Re: **Orders and Notice of Termination**

Dear Mr. Rosen:

Enclosed is a copy of the Order issued by the Honorable Rosalynn R. Mauskopf, dated April 21, 2011, setting a motion schedule. Also enclosed is a copy of the Notice of Termination of Proprietary Lease and Cancellation of Shares that was previously served.

Very truly yours,

SEYFARTH SHAW LLP

Jerry A. Montag

*[handwritten: Valid mailing address
Florence Rosen
c/o Cathy Kirshner
269 10 Grand Central Pkwy
Apt. 20W
Floral Park, NY - 11005]*

JAM:sj
Enclosures

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

13332324v.1 / 64166-000006

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK