ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SOL ROSEN and FLORENCE ROSEN,

            Plaintiffs,

  -against-                          11-CV00752 (RRM) (LB)

NORTH SHORE TOWERS APARTMENTS,
INC.,

            Defendant.
----------------------------------------------------------X

       VERIFIED STATEMENT OF ADDRESS OF PARTY
       PURSUANT TO LOCAL RULE 26.1

FLORENCE ROSEN, being duly sworn, verifies and states pursuant to Local Rule 26.1 that her current mailing address is as follows:

        c/o Cathy Kirshner
        26910 Grand Central Parkway, Apt. 20W
        Floral Park, NY 11005-1020

_____
Florence Rosen

Sworn to before me this
28th day of April, 2011

_____
NOTARY PUBLIC

F:\74\47770 Florence Rosen Address.wpd

HOWARD SCHECHTER
Notary Public, State of New York
No. 02SC4627027
Qualified in Nassau County
Commission Expires August 31, 2014



RECEIVED
MAY - 2 2011
PRO SE OFFICE

## CERTIFICATE OF SERVICE

I, CLARENCE BELL, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the annexed VERIFIED STATEMENT OF ADDRESS OF PARTY PURSUANT TO LOCAL RULE 26.1, by Florence Rosen, plaintiff pro se, dated April 28, 2011 was made by me on April 29, 2011 by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Seyfarth & Shaw LLP
Attorneys for Defendant
620 Eighth Avenue
New York, NY 10018

_____
CLARENCE BELL

Sworn to before me the 29th day of April, 2011

_____
Notary Public

HOWARD SCHECHTER
Notary Public, State of New York
No. 02SC4627027
Qualified in Nassau County
Commission Expires August 31, 2014

F:\12\47770a.wpd