United States District Court, Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Attn; Honorable District Court Judge Roslynn R. Mauskopf

April 29, 2011

Re: Index#11CV 0752

Sol Rosen Plaintiff v. North Shore Towers Apartments Inc. Defendant

Honorable District Court Judge Roslynn R. Mauskopf

1. Alledged since March 12, 2010, that cash "missing" in the amount of $35 million, as at December 31, 2010

2. Charles h. Greenthal Management Co. inc officials at North Shore Towers Apartments INC., Robert Serikstad their CPA and corporate controller, Glen Kotowski Gen. Mgr, Errol Brett Esq. corporate attorney, Morton Gitter Esq. Corporate Treasurer and Board member are the complicit group responsible for the fraud., the. perpetrators

3. In 13 months documented evidence of the fraud was presented in three courts Schedule 1F, Exhibit 2, Tables A and Table B, projections for the year 2011 beginning in the Housing Court March 12, 2010, NY State Supreme Court July 28, 2010, U.S. District Court February 15, 2011.

None of the evidence has been refuted, nor have any of the hundreds of accountants available to the Defense ever attempted to support the fraudulent method of accounting of the Defense. It is reasonable to infer that the Plaintiffs accounting is mostly irrefutable

## UNDISPUTED

1. The Defendant corporation is owned by the shareholders

2.. The complicit group detailed above do not own the corporation.

3. Seyfarth Shaw LLP cannot represent shareholders jn opposition to shareholders claims to recover $35 million of "missing "cash..The conflict of interest is undisputed. .Seyfarth Shaw represents the complicit group. It is irrational to assume that shareholders would vote to collect Plaintiffs back rent and waive their right to claim $35 million of "missing "cash. and silence their advocate

The Defense Motion to Dismiss is moot.

4.. Evidence of Budget Fraud ,accounting malpractice ,legal malpractice and missing cash as at December 31,2010 is enclosed.,,,none of which has been refuted ,nor ever attempted..Instead, summary judgments, without a trial have been the strategy available to the complicit group

5. As a matter of law a summary judgment, without a trial ,when there are triable issues of fact is invalid.

6. Plaintiff has met all of the requirements for granting a preliminary injunction set forth by the corporate attorney in his affirmation enclosed ,dated August 13 ,2010 Exhibit 37

1. A likelihood for success

2. Irreperable injury absent granting a preliminary injunction.

3. Balancing of the equities in their favor

## CONCLUSION

1.The shareholders , owners of the defendant corporation  must seek to recover $35million  "missing:" cash and in support of Plaintiff  elect to return the apartment to their Plaintiff advocate with $2million damages for wrongful eviction .

2The Plaintiff is given leave by the Court to retain qualified counsel and forensic accountant to commence a shareholders derivative action to recover missing cash in an appropriate Court, selected by counsel. Plaintiff pledges to use the above award for wrongful eviction to fund the shareholders derivative claim

3. The Plaintiff may refer the evidence presented to this Court to the United States Attorney, Southern District of New York  Preet Bharara for possible prosecution as to the "missing "cash.

4.It is requested that the Court rule on the above immediately. The lives of the 85 year old Plaintiff and his stroke victim wife are threatened by delay, ..The delay increases the fraudulent assessments by $33,333 daily to the complicit group, who already has had too much time to park their money off shore.

Respectfully submitted,

Sol Rosen

Royal Inn, Room 112

1177 Northern Blvd.

Manhasset, New York,,NY 11030

Cellophane 1-516-241-4307

# BUDGET FRAUD

Certified Income                    Certified Income

2010    4,965,773              2009    6,097,595

## Fraudulent Budget Deductions

(1,793,000)   (a)  Abatement (1,793,000)

(  400,000)   Transfer Fees  (  400,000)

(  125,000)   Investment Inc  (  250,000)

(  375,795) )*  Recreation Inc  (  308,165)*

Total Budget fraud and Recreation Income omitted

(2,993,795 )                    (2,751,165)

*Recreation Income (see Revenues section)

(a) Robert Seikstad CPA stated the NYC Abatement had been increased by $775, 000, not shown

Certified Income                                Certified Income

2008        4,419,686                2007        5,368,557

(1,793,000)   Abatement   (1,793,000)

( 285,000)   Investment Income ( 449,905)

( 400,000)   Transfer Fees ( 616,000 ) (b)

( 62,000)* Recreation Incom ( 360,904))*

Total Budget Fraud and Recreational Income Omitted

(2,540,000)                          ( 3,219,809)

(b) Budget 2007 ,not available, used actual revenuers

© Total Budget Fraud and Recreation Income omitted in budgets

                            Certified Income

2007    ( 3,219,809)        5,368,,557

2008    ( 2,540,000 )       4,419,686

2009    (2,993,795) )       6,097,595

2010    ( 2,751,165)        4,965,773

Total   (11,504,769) ©      20,851,611

                            8,162,791d

                            29,013,411 (e)

(d0 December 31,2006 cash reserves

(e) mininimum cash reserves ,without Schedule 1F,income from Capital

γ

## FRAUDULENT CERTIFIED REPORTS

### Continued From Page 2

| | |
|---|---|
| Certified Cash Surplus | 29,013,421 |
| Add: Omissions Schedule 1 F | 18,535,738 |
| Add: Greenthal,Serikstad CPA increased | |
| 2010 NYC Abatement $775,000 omitted | |
| x 3 Capital assessments | 2, 325,, 000 (f0 |
| Plaintiff Cash Surplus Dec.31, 2010 | 49,864,159 |
| Certified Cash Surplus Dec.31, 2010 | 18,649,031 |
| Cash "missing" Dec.31, 2010 | 31,215,128 |

(f )Abatements for 2007,2008,2009,2010 to be verified with New York City Dept. of Finance

11. Subsequent events through March17, 2011 (OMITTED) February 15, 2011 United States District Court, Eastern District Index# 11CV0752 legal auction commenced by a shareholder alleging $35 million embezzlement by Greenthal officials and others and wrongful eviction with claims for damages

**DOUBLE DIP: CAPITAL ASSESSMENTS**

Greenthal West 72 Street Certified Report: "The abatements are either credited to real estate tax due on the property, or distributed directly to shareholders"

Greenthal North Shore Towers Certified Note G: "Maintenance income and Real Estate tax expense are presented gross of their effect of the Abatement program"

**CAPITAL ASSESSMENTS OF ABATEMENTS *NULLIFY BOTH* OF THE ABOVE SPECIFIED ACCOUNTING PRESENTATIONS**

|  | Capital Assessment * Revenue Section Abatements | Capital Assessment Capital Account ,through Cash flows |
|---|---|---|
| 2007 | 1,195,088 Cap assess* | Cap assess *           1,195,088<br>Apt. Transfer Fee     616,420<br>Investment Income    137,252    Total: 1,948,760 |
| 2008 | 1,792,555 Cap asses* | Cap assess  *           1,792,555<br>Apt. Transfer Fee     438,935<br>Investment Income    101.992   Total: 2,333,482 |
| 2009 | 1,195,088Cap assess * | Cap assess  *           1,195,088<br>Apt. Transfer Fee     455,840<br>Investment Income    14,771    Total: 1,676,139 |
| 2010 | 2,140,500 Cap assess* | Cap assess *            2,140,500<br>Apt. Transfer Fee    713,330<br>Investment Income   102,752 ,  Total: 2,,956,582 |
| Total 4-yr |  | Fraudulent Credit to cash from cash flows |
|  | Greenthasl Created income 6,323,231b) | Greenthal Created income<br>8,,914,963  (b) |

*Capital assessments equal Abatement less distribution to shareholders

**(b Greenthal income above 15,,238,194 +Omissions below 18,535,,738= 33.773,932**
Certified 2006: 8,162,791 cash reserve **(never exceeded this amount before 2007)**
Certified 2007: 5,368,557 income
Certified 2008: 4,419,686 income
Certified 2009: 6,097,595 income **total  cash 24,048,628 ,Certified $16,683,689**
(b) year 2010  8,,686,795  income projected
cash 2006-2010 32,735,423                                    32,735,423 (b)
                                                                            Omitted ,4 years
(a)Abatements omitted,Revenues Section                7,947,600
Mortgage  Payable ,,Note F  (duplicated in cash flow)       4,808,761,
Building improvements,, NO qualified Capital Improv  Note D 4,395 ,878
Investment Income.,missing                                         1,300,000
Emergency fund additions year 2008  69,059 year ,200914,440     83,499
***Cash reserves12/31/10 ,Plaintiff projectd       51,271,161  , add $1 milliom  monthly***
***Cash reserves12/31/10 Controller  reported    17,,478,865 Cash missing 33,792.296***
              AS AMENDED CONTOLLER REPORT  DATED DECEMBER 31,2010

4

EXHIBIT 2(b)

# North Shore Towers and Country Club
## 2010 Budget versus 2009 Projected and Budget

| Operating Revenue | 2010 Budget | 2009 Actual/Projected | 2009 Budget |
|---|---|---|---|
| Maintenance Charges (No Increase for 2010) | $ 39,777,000 | $ 39,777,000 | $ 39,777,000 |
| Capital Assessment (tentatively $0.30/per Share June 2009) | 1,793,000 | 1,195,000 | 1,793,000 |
| Capital Assessment to Capital Improvement Fund | (1,793,000) | (1,195,000) | (1,793,000) |
| Electricity Income | 1,899,000 | 1,899,000 | 1,875,000 |
| Commercial Income | 836,000 | 820,000 | 751,000 |
| Investment Income | 125,000 | 39,000 | 250,000 |
| Less: Investment Income to Capital Improvement Fund | (125,000) | (39,000) | (250,000) |
| Apartment Transfer Fees | 400,000 | 400,000 | 400,000 |
| Less: Apartment Transfer Fees to Capital Improvement Fund | (400,000) | (400,000) | (400,000) |
| Other Income | 530,000 | 466,000 | 447,000 |
| **Total Operating Revenue** | **43,042,000** | **42,962,000** | **42,850,000** |
| **Operating Expenditures** | | | |
| Labor and Related Costs | 8,476,000 | 8,088,000 | 8,186,000 |
| Power and Natural Gas | 4,033,000 | 3,346,000 | 5,105,000 |
| Water and Sewer Charges | 1,178,000 | 1,042,000 | 1,175,000 |
| Repairs, Maintenance and Supplies | 1,453,000 | 1,341,000 | 1,424,000 |
| Service Contracts | 1,870,000 | 1,846,000 | 1,842,000 |
| Insurance | 1,270,000 | 1,235,000 | 1,345,000 |
| Management Fee | 1,005,000 | 975,000 | 975,000 |
| Franchise and Corporation Taxes | 220,000 | 218,000 | 218,000 |
| Real Estate Taxes | 17,561,000 | 16,764,000 | 16,964,000 |
| Mortgage Payments | 4,953,000 | 4,953,000 | 4,953,000 |
| Common Area Expenses | 657,000 | 642,000 | 663,000 |
| **Total Operating Expenditures** | **42,676,000** | **40,450,000** | **42,850,000** |

Exhibit 2(b)

Exhibit 2

# North Shore Towers and Country Club
## 2009 Budget versus 2008 Projected and Budget

| | 2009 Budget | Actual/ Projected 2008 |
|---|---|---|
| **Operating Revenue** | | |
| Maintenance Charges (+3% Effective January 1, 2009) | $ 39,777,000 | $ 38,618,000 |
| Capital Assessment ($0.30 / per Share projected June 2009) | 1,793,000 | 1,793,000 |
| Capital Assessment to Capital Improvement Fund | (1,793,000) | (1,793,000) |
| Electricity Income | 1,875,000 | 1,875,000 |
| Commercial Income | 751,000 | 736,000 |
| Investment Income | 250,000 | 285,000 |
| Less: Investment Income to Capital Improvement Fund | (250,000) | (285,000) |
| Apartment Transfer Fees | 400,000 | 400,000 |
| Less: Apartment Transfer Fees to Capital Improvement Fund | (400,000) | (400,000) |
| Other Income | 447,000 | 437,000 |
| **Total Operating Revenue** | 42,850,000 | 41,666,000 |
| **Operating Expenditures** | | |
| Labor and Related Costs | 8,186,000 | 7,799,000 |
| Power and Natural Gas | 5,105,000 | 5,760,000 |
| Water and Sewer Charges | 1,175,000 | 1,040,000 |
| Repairs, Maintenance and Supplies | 1,424,000 | 1,310,000 |
| Service Contracts | 1,842,000 | 1,761,000 |
| Insurance | 1,345,000 | 1,419,000 |
| Management Fee | 975,000 | 960,000 |
| Franchise and Corporation Taxes | 218,000 | 204,000 |
| Real Estate Taxes | 16,964,000 | 15,067,000 |
| Mortgage Payments | 4,953,000 | 4,953,000 |
| Common Area Expenses | 663,000 | 684,000 |
| **Total Operating Expenditures** | 42,850,000 | 40,957,000 |
| **Excess of Operating Revenue over Expenditures** | ZERO | $ 709,000 |

(The 2009 Budget reflects a 3% maintenance increase effective January 1, 2009) and a $0.30 Share Capital Improvement Fund assessment effective June 2009 in the amount of $0.30 Share. (CAPITAL IMPROVEMENT)

## NORTH SHORE TOWERS APARTMENTS
## INCORPORATED AND SUBSIDIARY

### Consolidated Statements of Revenues and Expenses

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | Actual 2010 | Budget 2010 (Un-audited)* | Actual 2009 |
| **Revenues** | | | |
| Assessments from proprietary tenants: | | | |
| Maintenance charges, including electricity of $1,892,710 in 2010 and $1,680,341 in 2009 (Note G) | $ 41,671,161 | $ 41,524,000 | $ 41,469,025 |
| Capital Assessment (Notes D and G) | 1,493,860 | 1,494,000 | 1,195,062 |
| Total assessments from proprietary tenants | 43,165,021 | 43,018,000 | 42,664,087 |
| **Other income** | | | |
| Commercial rents, including electricity of $159,419 in 2010 and $148,317 in 2009 (Note G) | 939,427 | 970,000 | 966,184 |
| Recreational facility income, The Towers Country Club, Inc., a wholly owned Subsidiary, net of direct expenses of $2,765,744 in 2010 and $2,652,988 in 2009 excluding depreciation of $203,020 in 2010 and $170,543 in 2009 (Note B) | 375,795 | 218,000 | 300,155 |
| Investment income | 153,741 | 125,000 | 43,998 |
| Apartment transfer fees (Note B) | 713,330 | 400,000 | 449,400 |
| Sundry, including work order income of $126,629 in 2010 and $133,889 in 2009 | 674,901 | 548,000 | 529,313 |
| Total other income | 2,857,194 | 2,261,000 | 2,289,050 |
| Total revenues | 46,022,215 | 45,279,000 | 44,953,137 |
| **Expenses** | | | |
| Labor and related expenses (Note G) | 8,356,464 | 8,476,000 | 8,106,738 |
| Power and natural gas | 3,733,421 | 4,033,000 | 3,237,890 |
| Water and sewer | 1,210,177 | 1,178,000 | 1,053,374 |
| Repairs, maintenance and supplies | 1,890,391 | 2,054,000 | 1,823,939 |
| Security | 1,213,188 | 1,249,000 | 1,254,289 |
| Insurance | 1,197,709 | 1,270,000 | 1,215,202 |
| Management fees (Note G) | 1,005,000 | 1,005,000 | 975,000 |
| Real estate taxes (Note G) | 17,849,516 | 17,561,000 | 16,574,913 |
| Mortgage interest (Note F) | 3,645,738 | 3,646,000 | 3,712,988 |
| Sundry (Note G) | 954,888 | 897,000 | 901,210 |
| Total expenses | 41,056,492 | 41,369,000 | 38,855,542 |
| Income before depreciation and amortization | 4,965,723 | $ 3,910,000 | 6,097,595 |
| Depreciation and amortization (Note B) | 3,722,813 | | 3,692,909 |
| Net income | $ 1,242,910 | | $ 2,404,686 |

*As approved by the Board of Directors on November 19, 2009.

## NORTH SHORE TOWERS APARTMENTS INCORPORATED AND SUBSIDIARY

Consolidated Statements of Revenues and Expenses

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | Actual 2008 | Budget 2008 (Un-audited)* | Actual 2007 |
| **Revenues:** | | | |
| Assessments from proprietary tenants: | | | |
| Maintenance charges, including electricity of $1,792,095 in 2008 and $1,585,446 in 2007 (Note G) | $40,405,750 | $40,218,000 | $39,446,784 |
| Capital Assessment (Notes D and G) | 1,792,555 | 1,793,000 | 1,195,088 |
| Total Assessments from proprietary tenants | 42,198,305 | 42,011,000 | 40,641,872 |
| **Other income:** | | | |
| Commercial rents, including electricity of $151,896 in 2008 and $114,585 in 2007 (Note G) | 875,054 | 815,000 | 803,606 |
| Recreational facility income, The Towers Country Club, Inc., a wholly owned Subsidiary, net of direct expenses of $2,645,683 in 2008 and $2,546,147 in 2007 excluding depreciation of $195,175 in 2008 and $181,791 in 2007 (Note B) | 62,076 | 155,000 | 390,944 |
| Investment income | 272,190 | 400,000 | 449,905 |
| Apartment transfer fees (Note B) | 438,935 | 600,000 | 616,420 |
| Sundry, including work order income of $137,030 in 2008 and $133,415 in 2007 | 465,268 | 423,000 | 402,268 |
| Total other income | 2,113,523 | 2,393,000 | 2,663,143 |
| Total revenues | 44,311,828 | 44,404,000 | 43,305,015 |
| **Expenses:** | | | |
| Labor and related expenses (Note G) | 7,830,677 | 8,099,000 | 7,645,418 |
| Power and natural gas | 5,589,055 | 5,091,000 | 4,641,607 |
| Water and sewer | 1,013,113 | 1,043,000 | 947,345 |
| Repairs, maintenance and supplies | 1,741,977 | 2,181,000 | 1,716,135 |
| Security | 1,214,266 | 1,215,000 | 1,150,113 |
| Insurance | 1,396,208 | 1,480,000 | 1,482,422 |
| Management fees (Note G) | 960,000 | 960,000 | 977,654 |
| Real estate taxes (Note G) | 15,407,663 | 15,108,000 | 14,780,942 |
| Mortgage interest (Note F) | 3,787,101 | 3,787,000 | 3,836,756 |
| Sundry (Note G) | 952,082 | 846,000 | 758,066 |
| Total expenses | 39,892,142 | 39,810,000 | 37,936,458 |
| **Income before depreciation and amortization** | 4,419,686 | $ 4,494,000 | 5,368,557 |
| Depreciation and amortization (Note B) | 3,715,755 | | 3,707,918 |
| **Net income** | $ 703,931 | | $ 1,660,639 |

\* As approved by the Board of Directors on November 15, 2007.

See notes to consolidated financial statements

## TABLES A and B

TABLE A detailing (e) (f) (g)

|  | Budget Greenthal surpluses (Before the year) | Surpluses Certified PKF end of year | Projected surpluses, Schedule 1F Averaged annually, with omissions added back |
|---|---|---|---|
| 2007 | not available | $5,368,557 | $11,000,000, |
| 2008 | $480,000 | $4,419,686 | $11,000,000 |
| 2009 | Zero | $6,097,595 | $11,000,000 |
| 2010 | $365,000 | ~~$8,686,795 projected~~ | $11,000,000 |
| Total | 845,000 | $24,572,663 | $44,000,000 |

Unanswered, after his reading of the Complaint is the correct amount of the Abatements

*2011  None   $2 million*

for the years 2007, 2008, 2009 after correcting 2010 to $2,568,000 from $1,793,000

The detailed allegations of fraud are documented in the controllers Certified reports and

Exhibit 1F and tables below

TABLE B

|  | Cash Reserves Certified PKF | 2006 Cash Reserve Plus Surplus, plus average omissions | Missing Cash cumulative |
|---|---|---|---|
| 2007 | 11,227,613 | 18,131,348 | 6,903,735 |
| 2008 | 13,273,480 | 27,151,034 | 13,877,554 |
| 2009 | 16,683,669 | 37,848,629 | 21,164,960 |
| 2010 | ~~20,000,000~~Proj. | ~~51,135,604~~Projected | ~~31,135,604~~ Projected |
| Total | ~~20,000,000~~+ | ~~51,135,604~~ cumulative | ~~31,135,604~~ cumulative |
|  | 17,978,865 | 51,271,161 | 33,792,296 |

**2011 Budget Fraud, Dec. 17 2010**

**Exhibit 51**

The December 17, 2010 fraudulent 2011 budget presentation meeting Exhibit 51
Provides innumerable triable issues of budget fraud and accounting malpractice
1. with no disclosure to shareholders of the current case of a $44million fraud allegation
2. continuing the monthly $1 million increase in missing cash and fraudulent assessments
3. elimination of schedules 2 and 2a in presentation to conceal fraudulent assessments
4. projected 2010 cash surplus $998,000. Plaintiff projects $12 million cash surplus
5. projected 2011 year end cash and reserves $13,.8 million Plaintiff projects $63million
6. projected 2011, no cash surplus, balanced budget Plaintiff projects $12 million surplus