UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOL ROSEN and FLORENCE ROSEN,

        Plaintiffs,

  - against -

NORTH SHORE TOWERS APARTMENTS,
INC.,

        Defendant.
------------------------------------------------------------X

**ORDER**
11-CV-00752 (RRM) (LB)

**MAUSKOPF, United States District Judge.**

    In light of Plaintiff Sol Rosen's submission received today, May 3, 2011, the Clerk of Court is directed to note the following as current mailing addresses for Plaintiff Sol Rosen:

> Sol Rosen (Guest – Room 112)
> c/o Royal Inn
> 1177 Northern Boulevard
> Manhasset, NY 11030-3017

    Both Plaintiffs, Sol Rosen and Florence Rosen, are reminded that "[i]t is the duty of all pro se litigants to promptly inform the Pro Se Office of any change in address." *Washington v. City of N.Y. Dep't of Corr.*, No. 08-CV-5978(SAS), 2010 WL 3199680, at *1 n.3 (S.D.N.Y. Aug. 12, 2010); *see Terranova v. Cnty. of Nassau*, 09-CV-3687(SJF)(ARL), 2010 WL 2731852, at *1 n.2 (E.D.N.Y. July 6, 2010) (citing cases); *Concepcion v. Ross*, No. 92-CV-770, 1997 WL 777943, at *1 (E.D.N.Y. Oct. 27, 1997). Any failure to apprise the Court of a valid, current mailing address may result in dismissal of this action. The Clerk of Court is directed to mail a copy of this Order to both Plaintiffs.

                                        SO ORDERED.

Dated: Brooklyn, New York
       May 9, 2011                                  /S/
                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge